USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STEPHEN AND ELAINE WYNN,                    :     07 CV 202 (SHS)

        Plaintiffs,                              :

    - against -                                  :     **STIPULATION OF**
                                **DISCONTINUANCE**

LLOYD'S, LONDON and                          :
CERTAIN UNDERWRITERS AT                       :
LLOYD'S, LONDON                               :

        Defendants.                              :
-----------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED TO** by and between the

parties, that the above-captioned action, and any and all claims made therein by any of

the parties, are dismissed with prejudice and without costs to any party as against the

other.

      **IT IS FURTHER STIPULATED AND AGREED**, that a facsimile signature on this

stipulation has the full force and effect of an original.

Dated: New York, New York
       March 22, 2007

MENDES & MOUNT                                    BUCHANAN INGERSOLL & ROONEY PC

_____                           _____
George C. Lock, Esq.                              Barry I. Slotnick, Esq.    (188-1398)
Attorneys for Defendants Lloyd's London           Attorneys for Plaintiffs Stephen
  and Certain Underwriters at Lloyd's London      and Elaine Wynn
750 Seventh Avenue                                One Chase Manhattan Plaza, 35th Floor
New York, New York 10019                          New York, New York 10005

                                 SO ORDERED: 3/22/07

                                 _____
                                 United States District Judge